No. A–150. TURNER *v.* RUNSER ET AL. Super. Ct. Cal., Santa Clara County. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–1040. IN RE DISBARMENT OF GAYNES. It is ordered that Alex A. Gaynes, of Tuscon, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1041. IN RE DISBARMENT OF SCHARF. It is ordered that Justin Norbert Scharf, of Hagerstown, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1042. IN RE DISBARMENT OF McLELLAN. It is ordered that Donald H. McLellan, Jr., of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–1038. CIPOLLONE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CIPOLLONE *v.* LIGGETT GROUP, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 499 U. S. 935.] Case restored to calendar for reargument.

No. 90–1279. COLLINS *v.* CITY OF HARKER HEIGHTS, TEXAS. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion of petitioner to supplement the record granted.

No. 91–10. SPECTRUM SPORTS, INC., ET AL. *v.* McQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES; and

No. 91–32. SORBOTHANE, INC., ET AL. *v.* McQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES. C. A. 9th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.